[No. 42463-7-I.    Division One.    April 19, 1999.]

BARRY KOMBOL, *as Guardian, Appellant*, v. DOUGLAS CHIECHI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-28644-1, Robert H. Alsdorf, J., entered March 12, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 42467-0-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. D.K.G., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-8-01054-1, Steven J. Mura, J., entered March 11, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42483-1-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL A. SCHLEMMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05810-6, John M. Darrah, J., entered March 11, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42715-6-I.    Division One.    April 19, 1999.]

SHANE HENRY, ET AL., *Appellants*, v. CLINT KRAUSE, ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated February 14, 2000. Substitute opinion filed. See 99 Wn. App. 1030.